UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

American Civil Liberties Union and
American Civil Liberties Union
Foundation

Plaintiff(s)

- v -

National Security Agency; Office of
the Director of National Intelligence;
Department of Defense

Defendant(s)

_____

**RULE 7.1 STATEMENT**

24-cv-3147
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

American Civil Liberties Union & American Civil Liberties Union Foundation

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

The American Civil Liberties Union and American Civil Liberties Union Foundation are not publicly held corporations, do not have any parent corporations, and do not have 10% or more of their stock owned by a publicly held corporation.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

4/25/24

Date

/s/ Patrick Toomey

Signature of Attorney

PT1452

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022