Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __see note below__

was received by me on *(date)* __April 26, 2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed a copy of the complaint and summonses for all defendants via USPS certified mail to the Attorney General of the United States on April 30, 2024. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summons and complaint were delivered on May 7, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __May 22, 2024__

*Server's signature*

Addison Ball, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street, Floor 18, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70171000000053577418**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:05 am on May 7, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 7, 2024, 5:05 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
May 6, 2024, 1:16 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
May 6, 2024, 9:12 am

**In Transit to Next Facility**
May 5, 2024

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 2, 2024, 9:36 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
April 30, 2024, 10:16 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

Feedback