UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | 24-cv-03147 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference **at 11:00 AM on July 25, 2024**, to discuss the possibility of settlement and a briefing schedule on any anticipated motions for summary judgment. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 961 081 067 #.**

DATED:  July 17, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge