UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | 24-cv-03147 (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

Defendant NSA shall resume production, if it has not yet restarted production, by **November 24, 2025.** The parties shall resume submitting bimonthly joint status letter, with the first joint status letter due to the Court by **December 1, 2025.**

DATED:  November 19, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge